BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendants*
AMAZON.COM SERVICES, INC. (*now known as* Amazon.com Services LLC) and AMAZON.COM SERVICES LLC

ROBERT J. WASSERMAN, SBN 258538
  rwasserman@mayallaw.com
JENNY D. BAYSINGER, SBN 251014
  jbaysinger@mayallaw.com
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: 209.477.3833
Facsimile:  209.473.4818

*Attorneys for Plaintiff*
LEILANI KRYZHANOVSKIY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI KRYZHANOVSKIY, individually, on behalf of all others similarly situated, and as a proxy for the LWDA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC., a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01292-DAD-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE SCHEDULE** |

Plaintiff Leilani Kryzhanovskiy ("Plaintiff") and Defendants Amazon.com Services, Inc. (now known as Amazon.com Services LLC) and Amazon.com Services LLC ("Amazon"), by and through their respective counsel, hereby submit the following Joint Stipulation and [Proposed] Order to modify this Court's Scheduling Conference Order (Dkt. No. 29) up through the class certification hearing, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Eastern District Local Rules 143 and 144, for good cause.

WHEREAS, on August 9, 2022, the Court entered an order setting a schedule for this matter (the "Scheduling Conference Order") (Dkt. No. 29);

WHEREAS, the Parties have been diligently litigating this matter, including propounding and responding to formal written discovery, both before and after the Scheduling Conference Order was issued;

WHEREAS, the Parties have been working cooperatively and diligently through the discovery process to narrow and focus the scope of potential classes and related claims;

WHEREAS, Plaintiff served an initial set of written discovery, consisting of interrogatories, requests for admission, and requests for production, on April 18, 2022 and Amazon responded to the initial written discovery on June 13, 2022;

WHEREAS, Amazon propounded an initial set of written discovery, consisting of interrogatories and requests for production of documents on April 22, 2022 and Plaintiff responded to the initial set of written discovery, including a document production, on July 18, 2022;

WHEREAS, in August 2022, Defendants initiated a meet-and-confer process to discuss Plaintiff's responses to their discovery requests and the Parties worked diligently to resolve those issues without the need for judicial intervention;

WHEREAS, in September 2022, Plaintiff initiated a meet-and-confer process with Amazon to discuss Amazon's discovery responses, including the scope of documents and information that would be provided relating to the putative classes;

WHEREAS, Amazon made an initial document production on September 13, 2022;

WHEREAS, Plaintiff served a second set of interrogatories and requests for production of documents on October 10, 2022 seeking contact information for a segment of putative class members;

WHEREAS, Plaintiff provided a proposed *Belaire-West* notice to Amazon's counsel on October 10, 2022 in order to facilitate the provision of the requested contact information;

WHEREAS, the Parties met and conferred regarding a proposed sampling of contact information and payroll and time records in lieu of engaging in a *Belaire-West* process;

WHEREAS, Amazon served a written response to Plaintiff's second set of discovery requests on November 9, 2022;

WHEREAS, in January 2023, the Parties began meeting and conferring regarding the scope of the FLSA putative class;

WHEREAS, on January 17, 2023, Plaintiff propounded a third set of written discovery seeking information and documents relating to non-California putative class members who received certain "bonuses" during their employment with Amazon;

WHEREAS, on February 16, 2023, Amazon served responses to Plaintiff's further discovery requests;

WHEREAS, on March 13, 2023, Plaintiff initiated a meet and confer process regarding Amazon's responses to her third set of discovery requests related to the non-California FLSA putative class and to date, the issue of the scope of the FLSA Class has not yet been fully resolved;

WHEREAS, in early 2023, Plaintiff's counsel was contacted by counsel in a related pending class action, *Valencia v. Amazon.com Services, LLC*, Los Angeles County Superior Court Case No. 21STCV33652 (filed September 13, 2021) and has been evaluating the extent of any overlap between the two cases and the impact *Valencia* may have on the pending action, specifically in the context of the scope of appropriate class definitions for certification purposes in this matter;

WHEREAS, in February 2023, the Parties agreed that Amazon would produce a 10% sampling of payroll and time records and contact information of the California Overtime Class, without prejudice to Plaintiff's right to seek a more extensive production if deemed necessary for certification purposes;

WHEREAS, on March 22, 2023, Amazon produced a 10% sampling of payroll and time records and contact information of the CA Overtime Class, consisting of approximately 315 individuals;

WHEREAS, Plaintiff is in the process of evaluating the sampling provided and has engaged an expert to assist in that process. Plaintiff expects the preliminary analysis will be completed within

forty-five (45) days, at which point Plaintiff will be in a position to determine whether the sampling provided is sufficient or whether further meet-and-confer efforts (or potential motion practice) is necessary. The expert Plaintiff has engaged requires at least ten (10) weeks to conduct a pre-certification data analysis and prepare necessary declarations supporting class certification;

WHEREAS, the Parties have agreed to mediate this case with a respected mediator, Lisa Klerman, on August 31, 2023, the first mutually available date;

WHEREAS, Plaintiff's counsel is actively attempting to contact putative class members whose information has been provided through the sampling in order to obtain information potentially relevant to class certification issues and mediation;

WHEREAS, the Parties have not yet set depositions (including Plaintiff's deposition, a 30(b)(6) deposition of each Defendant, or other relevant witnesses) in an effort to first resolve written discovery issues and in anticipation of mediation in August 2023;

WHEREAS, the current class certification discovery cut-off date is July 28, 2023, which precedes the Parties' scheduled mediation date;

WHEREAS, due to the calendaring conflicts of counsel and potential witnesses, and the remaining time necessary to evaluate the sampling in order to fully prepare for the depositions and mediation, the Parties do not expect to be able to schedule the outstanding depositions prior to August 2023. Specifically, lead counsel for Amazon is scheduled to be in trial from mid-June through mid-July and also has a Ninth Circuit argument on June 13;

WHEREAS, the Parties have not previously requested a modification of the Scheduling Order;

THEREFORE, based on the above good cause appearing, the Parties agree, subject to the Court's approval, to modify the Scheduling Conference Order through the date of the hearing on class certification as follows:

| **Event** | **Current Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| Class Certification Discovery Cutoff | July 28, 2023 | November 28, 2023 |
| Plaintiff's Class Certification Motion | September 11, 2023 | January 11, 2024 |

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Defendants' Opposition to Class Certification Motion | November 13, 2023 | March 13, 2024 |
| Plaintiff's Reply to Opposition to Class Certification Motion | January 31, 2024 | May 31, 2024 |
| Hearing on Class Certification | February 16, 2024 | June 14, 2024 |

Dated: May 12, 2023

        BRADLEY J. HAMBURGER
        LAUREN M. BLAS
        GIBSON, DUNN & CRUTCHER LLP


        By: */s/ Bradley J. Hamburger*
                Bradley J. Hamburger

        Attorneys for Defendants
        AMAZON.COM SERVICES, INC. (*now known as* Amazon.com Services LLC) and AMAZON.COM SERVICES LLC

Dated: May 12, 2023

        ROBERT J. WASSERMAN
        JENNY D. BAYSINGER
        MAYALL HURLEY, P.C.


        By: */s/ Jenny D. Baysinger*
                Jenny D. Baysinger

        Attorneys for Plaintiff
        LEILANI KRYZHANOVSKIY

**E-FILING ATTESTATION**

I, Bradley J. Hamburger, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 7-3(h)(3), I hereby attest that the signatories identified above have concurred in the filing's content and have authorized the filing.

Dated: May 12, 2023

By: */s/ Bradley J. Hamburger*
    Bradley J. Hamburger

# **ORDER**

Having considered the Parties' Joint Stipulation regarding the current class certification briefing schedule and good cause appearing, the Court hereby GRANTS the Parties' Stipulation. It is HEREBY ORDERED that:

1. The Class Certification Discovery Cutoff is continued to **November 28, 2023**.
2. Plaintiff's Class Certification Motion deadline is **January 11, 2024**.
3. Defendants' Opposition to Class Certification Motion deadline is **March 13, 2024**.
4. Plaintiff's Reply to Opposition to Class Certification Motion deadline is **May 31, 2024**.
5. The Hearing on Class Certification is set for **June 14, 2024**.

IT IS SO ORDERED.

Dated:   **May 22, 2023**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE