BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendants*
AMAZON.COM SERVICES, INC. (*now known as* Amazon.com Services LLC) and AMAZON.COM SERVICES LLC

ROBERT J. WASSERMAN, SBN 258538
  rwasserman@mayallaw.com
JENNY D. BAYSINGER, SBN 251014
  jbaysinger@mayallaw.com
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: 209.477.3833
Facsimile:  209.473.4818

*Attorneys for Plaintiff*
LEILANI KRYZHANOVSKIY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI KRYZHANOVSKIY, individually, on behalf of all others similarly situated, and as a proxy for the LWDA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC., a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01292-BAM<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY CASE AND TO EXTEND DEADLINE TO FILE DISPOSITIONAL PAPERS;** [PROPOSED] **ORDER** |

Gibson, Dunn & Crutcher LLP

NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY CASE AND TO EXTEND DEADLINE TO FILE DISPOSITIONAL PAPERS; [PROPOSED] ORDER
CASE NO. 2:21-CV-01292-BAM

Plaintiff Leilani Kryzhanovskiy ("Plaintiff") and Defendants Amazon.com Services, Inc. (now known as Amazon.com Services LLC) and Amazon.com Services LLC ("Amazon"), by and through their respective counsel, hereby submit this Notice of Settlement and Joint Stipulation to Stay Case and Extend Deadline to File Dispositional Papers and stipulate and request as follows:

WHEREAS, the Parties wish to notify the Court that they have reached a settlement in principle of this matter and are proceeding expeditiously to draft a long-form settlement agreement;

WHEREAS, pursuant to Local Rule 160, the Parties are required to file appropriate papers to dismiss or conclude this action within 21 days of the filing of the Notice of Settlement, which would be by October 12, 2023;

WHEREAS, Plaintiffs must prepare a motion for preliminary approval of a classwide settlement to address the claims of several thousand putative class members;

WHEREAS, the Parties agree that Named Plaintiff Kryzhanovskiy, before submission of the settlement for approval, shall amend her operative complaint to (a) remove all claims under the Fair Labor Standards Act; (b) remove her putative class claim for violation of the California Equal Pay Act, leaving only an individual claim for violation of that Act solely on behalf of the Named Plaintiff Kryzhanovskiy; (c) add Patricia Salazar as a Named Plaintiff; and (d) add a putative class claim for waiting time penalties under California Labor Code § 203 on behalf of Named Plaintiff Salazar;

WHEREAS, the Parties are working diligently to complete the necessary dispositional papers to submit to the Court, but, in light these circumstances above, require additional time beyond the 21 days provided by Local Rule 160 to complete that work;

WHEREAS, the Parties respectfully submit that good cause exists for an extension of the deadline to file dispositional papers with the Court, *see* Local Rule 160(b);

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel and subject to the Court's approval, the Court vacate all current dates and stay this action while the parties continue drafting the settlement agreement, and that good cause exists to extend the October 12, 2023 deadline to file dispositional papers by 60 days, such that Plaintiff may file appropriate papers to move for preliminary approval of the class action settlement by December 11, 2023.

Gibson, Dunn & Crutcher LLP

2
NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY CASE AND TO EXTEND DEADLINE TO FILE DISPOSITIONAL PAPERS; [PROPOSED] ORDER
CASE NO. 2:21-CV-01292-BAM

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 21, 2023 | BRADLEY J. HAMBURGER<br>LAUREN M. BLAS<br>GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Bradley J. Hamburger*<br>            Bradley J. Hamburger |
| | Attorneys for Defendants<br>AMAZON.COM SERVICES, INC. (*now known as* Amazon.com Services LLC) and AMAZON.COM SERVICES LLC |
| Dated: September 21, 2023 | |
| | ROBERT J. WASSERMAN<br>JENNY D. BAYSINGER<br>MAYALL HURLEY, P.C. |
| | By: */s/ Robert J. Wasserman*<br>            Robert J. Wasserman |
| | Attorneys for Plaintiff<br>LEILANI KRYZHANOVSKIY |

**E-FILING ATTESTATION**

I, Bradley J. Hamburger, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 7-3(h)(3), I hereby attest that the signatories identified above have concurred in the filing's content and have authorized the filing.

Dated: September 21, 2023

By: */s/ Bradley J. Hamburger*
Bradley J. Hamburger

4
NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY CASE AND TO EXTEND DEADLINE TO FILE DISPOSITIONAL PAPERS; [PROPOSED] ORDER
CASE NO. 2:21-CV-01292-BAM

Gibson, Dunn & Crutcher LLP

**ORDER**

Pursuant to the Parties' Notice of Settlement and Joint Stipulation to Stay Case and Extend Deadline to File Dispositional Papers, the Court hereby vacates all current dates and stays this action and finds that good cause exists to extend the deadline to file dispositional papers. Plaintiff shall file dispositional papers no later than December 11, 2023.

IT IS SO ORDERED.

Dated: **September 22, 2023**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

5
NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY CASE AND TO EXTEND DEADLINE TO FILE DISPOSITIONAL PAPERS; [PROPOSED] ORDER
CASE NO. 2:21-CV-01292-BAM

Gibson, Dunn & Crutcher LLP