MAYALL HURLEY P.C.
ROBERT J. WASSERMAN, SBN 258538
  rwasserman@mayallaw.com
JENNY D. BAYSINGER, SBN 251014
  jbaysinger@mayallaw.com
112 S Church Street
Lodi, CA 95240
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

*Attorneys for Plaintiff Leilani Kryzhanovskiy*

GIBSON, DUNN & CRUTCHER LLP
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendants*
AMAZON.COM SERVICES, INC. (*now known as* Amazon.com Services LLC) and AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI KRYZHANOVSKIY, individually, on behalf of all others similarly situated, and as a proxy for the LWDA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC. a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01292-BAM<br><br>**JOINT STIPULATION TO PERMIT FILING OF SECOND AMENDED CLASS AND REPRESENTATIVE ACTION COMPLAINT FOR DAMAGES AND CIVIL PENALTIES; ORDER**<br><br>Hon. Barbara A. McAuliffe |

Pursuant to Local Civil Rules 137(c), 200, and 220 of the United States District Court for the Eastern District of California, and Federal Rule of Civil Procedure Rule 15(a)(2), Plaintiff Leilani Kryzhanovskiy and Defendants Amazon.com Services, Inc. and Amazon.com Services LLC ("Defendants", and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree to allow Plaintiff leave to file a Second Amended Class And Representative Action Complaint For Damages And Civil Penalties (the "SAC"), attached hereto as **Exhibit A**.  In support of this Joint Stipulation, the parties hereby stipulate and agree as follows, and respectfully request that the Court enter an order in accordance herewith:

WHEREAS, on July 22, 2021, Plaintiff filed a Class and Representative Action Complaint for Damages and Civil Penalties ("Complaint") against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), the California Labor Code, and the Business and Professions Code on behalf of a class of individuals, and also asserting individual claims on behalf of herself for violation of the California Fair Employment & Housing Act (Dkt. No. 1);

WHEREAS, prior to the deadline for Defendants to respond to the Complaint, on August 20, 2021, Plaintiff filed a First Amended Class and Representative Action Complaint for Damages and Civil Penalties (the "FAC"), pursuant to Fed. R. Civ. P. 15(a)(1) (Dkt. No. 9);

WHEREAS, on September 21, 2023, the Parties submitted a Notice of Settlement and Joint Stipulation to Stay Case and Extend Deadline to File Dispositional Papers ("Notice of Settlement and Joint Stipulation") (Dkt. No. 42);

WHEREAS, solely in order to effectuate the terms and seek approval of the settlement (which will be submitted on or before December 11, 2023), Plaintiff wishes to amend her operative complaint to (a) remove all claims under the Fair Labor

Standards Act; (b) remove her putative class claim for violation of the California Equal Pay Act, leaving only an individual claim for violation of that Act solely on her own behalf; (c) add Patricia Salazar as a named Plaintiff; and (d) add a putative class claim for waiting time penalties under California Labor § 203 on behalf of Plaintiff Patricia Salazar and the putative class;

WHEREAS, the Court entered an Order on September 22, 2023 adopting the Parties' Notice of Settlement and Joint Stipulation (Dkt. No. 43);

WHEREAS, Defendants have reviewed the SAC, attached hereto as **Exhibit A**, and stipulate to Plaintiff filing the SAC solely to effectuate the terms and seek approval of the settlement agreement without the need to file a Motion for Leave to Amend;

WHEREAS, the Parties agree that Defendants do not need to respond to the SAC;

WHEREAS, by entering into this Joint Stipulation, the Parties agree that Defendants do not waive their right to contest Plaintiff's SAC in any way, nor do Defendants waive any defense permissible under the law;

WHEREAS, in the event the Parties' settlement agreement is not finalized or approved for any reason, Plaintiff agrees to file a further amended complaint that reverts to the operative complaint that was in place immediately prior to the filing of the SAC (namely, Dkt. 9);

WHEREAS, the Parties agree that in the event Plaintiff files a further amended complaint that reverts to the operative complaint that was in place immediately prior to the filing of the SAC, Defendants have no obligation to respond to any such third amended complaint and Defendants' Answer (Dkt. No. 23) to Plaintiff's FAC would remain its operative answer.


WHEREAS, the Parties agree that, in the event the Parties' settlement agreement is not finalized or approved for any reason, any statutes of limitations with respect to claims asserted in the SAC will be tolled during the period the settlement is under review by the Court.

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate that Plaintiff may file the SAC, in the form attached hereto as **Exhibit A**.

**IT IS SO STIPULATED.**

Dated: November 27, 2023  MAYALL HURLEY P.C.

By: _____/s/ Jenny D. Baysinger_____
Jenny D. Baysinger
Attorneys for Plaintiff Leilani Kryzhanovskiy

Dated: November 27, 2023  GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Bradley J. Hamburger
(as authorized on 11/27/2023)
Bradley J. Hamburger
Attorneys for Defendants Amazon.com Services, Inc. and Amazon.com Services LLC

# ORDER

Pursuant to the Parties' Joint Stipulation to Permit Filing of Second Amended Class and Representative Action Complaint for Damages and Civil Penalties (Doc. 44), the Court hereby permits Plaintiff to file a Second Amended Complaint solely for the purposes of effectuating the Parties' settlement agreement.

IT IS SO ORDERED.

Dated: **November 29, 2023**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE