MAYALL HURLEY P.C.
ROBERT J. WASSERMANN, SBN 258538
  rwassermann@mayallaw.com
JENNY D. BAYSINGER, SBN 251014
  jbaysinger@mayallaw.com
112 S Church Street
Lodi, CA 95240
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

*Attorneys for Plaintiffs Leilani Kryzhanovskiy and Patricia Salazar*

GIBSON, DUNN & CRUTCHER LLP
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendants*
AMAZON.COM SERVICES, INC. (*now known as* Amazon.com Services LLC) and AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI KRYZHANOVSKIY, PATRICIA SALAZAR, individually, on behalf of all others similarly situated, and as a proxy for the LWDA,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, INC. a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01292-BAM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT;** ~~**PROPOSED**~~ **ORDER**<br><br>Hon. Barbara A. McAuliffe |

Plaintiffs Leilani Kryzhanovskiy and Patricia Salazar ("Plaintiffs") and Defendants Amazon.com Services, Inc. and Amazon.com Services LLC ("Defendants", and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend Plaintiffs' deadline to file a motion for preliminary approval of a classwide settlement ("Preliminary Approval"). In support of this Joint Stipulation, the parties hereby stipulate and agree as follows, and respectfully request that the Court enter an order in accordance herewith:

WHEREAS, on September 21, 2023, the Parties submitted a Notice of Settlement and Joint Stipulation to Stay Case and Extend Deadline to File Dispositional Papers ("Notice of Settlement and Joint Stipulation") (Dkt. No. 42);

WHEREAS, the Court entered an Order on September 22, 2023 adopting the Parties' Notice of Settlement and Joint Stipulation, thereby extending Plaintiff's deadline to file for Preliminary Approval to December 11, 2023 (Dkt. No. 43);

WHEREAS, the Parties have actively and in good faith worked together to draft and execute a long form settlement agreement after the Court granted the extension to file for Preliminary Approval;

WHEREAS, on December 12, 2023, the Parties executed a class action settlement agreement to effectuate a full and final settlement resolving Plaintiffs' class claims;

WHEREAS, Plaintiffs require a short extension to prepare and file a motion for Preliminary Approval;

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate to extend Plaintiffs' deadline to file for Preliminary Approval by ten (10) days, to December 21, 2023.

**IT IS SO STIPULATED.**

Dated:  December 13, 2023            MAYALL HURLEY P.C.

By: /s/ *Jenny Baysinger* (as authorized on 12/13/2023)
    Jenny D. Baysinger
    Attorneys for Plaintiffs Leilani Kryzhanovskiy
    and Patricia Salazar

Dated:  December 13, 2023            GIBSON, DUNN & CRUTCHER LLP

By:    /s/ *Bradley J. Hamburger*
    Bradley J. Hamburger
    Attorneys for Defendants Amazon.com
    Services, Inc. and Amazon.com Services LLC

# ORDER

Pursuant to the Parties' Joint Stipulation to Extend Plaintiffs' Deadline to File a Motion for Preliminary Approval of Class Settlement and good cause appearing, the Court hereby extends Plaintiffs' deadline to file a motion for preliminary approval of the class settlement to **December 21, 2023**.

IT IS SO ORDERED.

Dated: **December 14, 2023**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE