**MAYALL HURLEY, P.C.**
**ROBERT J. WASSERMANN (SBN: 258538)**
rwassermann@mayallaw.com
**JENNY D. BAYSINGER (SBN: 251014)**
jbaysinger@mayallaw.com
**112 S Church Street**
**Lodi, California 95240**
**Telephone (209) 477-3833**
**Facsimile: (209)473-4818**

**Attorneys for Plaintiffs LEILANI KRYZHANOVSKIY and PATRICIA SALAZAR, individually, on behalf of all others similarly situated, and as a proxy for the LWDA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI KRYZHANOVSKIY, PATRICIA SALAZAR, individually, on behalf of all others similarly situated, and as a proxy for the LWDA;<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERICES, INC., a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-01292-BAM<br><br>[~~PROPOSED~~] ORDER APPROVING FURTHER AMENDED CLASS NOTICE |

# **ORDER**

The Court hereby approves dissemination of the Class Notice attached as Exhibit B to Plaintiffs' Request for Approval of Further Amended Class Notice (Doc. 59).

IT IS SO ORDERED.

Dated: **April 23, 2024**       /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE