**MAYALL HURLEY, P.C.**
**ROBERT J. WASSERMANN (SBN: 258538)**
rwassermann@mayallaw.com
**JENNY D. BAYSINGER (SBN: 251014)**
jbaysinger@mayallaw.com
**112 S Church Street**
**Lodi, California 95240**
**Telephone (209) 477-3833**
**Facsimile: (209)473-4818**

**Attorneys for Plaintiffs LEILANI KRYZHANOVSKIY and PATRICIA SALAZAR, individually, on behalf of all others similarly situated, and as a proxy for the LWDA**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEILANI KRYZHANOVSKIY, PATRICIA SALAZAR ,individually, on behalf of all others similarly situated, and as a proxy for the LWDA;**<br><br>    Plaintiff,<br><br>v.<br><br>**AMAZON.COM SERICES, INC., a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,**<br><br>    Defendants. | Case No.:  2:21-cv-01292-BAM<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       September 10, 2024<br>Time:       9:00 a.m.<br>Location:  Courtroom 8, 6th Floor<br>Judge:      Hon. Barbara A. McAuliffe |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on September 10, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Leilani Kryzhanovskiy and Patricia Salazar (collectively, "Plaintiffs"), will bring on for hearing before the Honorable United States Magistrate Judge Barbara A. McAuliffe, in Courtroom 8, Sixth Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, 93721 this Motion for Final Approval of Class and Action Settlement (the "MFA").  Plaintiff will submit a Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Awards (the "Fee Motion") on the same date.  The MFA is brought pursuant to Federal Rules of Civil Procedure Rule 23, subdivision (e) and respectfully requests 1) an order granting final

approval of the Class Action Settlement Agreement and Release (the "Settlement"), 2) certifying the Class as defined in the Settlement, and 3) entering Judgment accordingly. The MFA is made on the grounds that 1) all of the prerequisites to class certification pursuant to FRCP 23 are met, and 2) the Settlement, which provides for payment of a $3,000,000 Gross Settlement Fund ($2,900,000 allocated to resolve Class Claims and $100,000 allocated to resolve claims to assess and collect civil penalties pursuant to the PAGA), is a fair, adequate and reasonable resolution of the claims on behalf of the Class.

Plaintiffs' MFA is based on this Notice of Motion; the Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement; the accompanying Declaration of Jenny D. Baysinger, with exhibits (including the Settlement Agreement), Declaration of Bryn Bridley Re Dissemination of Class Notice and Settlement Administration, and Declaration of Leilani Kryzhanovskiy, the pleadings, orders, transcripts, and other papers on file in this matter, specifically including the declarations and exhibits presented in connection with the Fee Motion, and any further evidence and arguments as may be presented at the hearing of this matter.

**DATED**: August 6, 2024  **MAYALL HURLEY P.C.**

By _*/s/ Jenny D. Baysinger*_
JENNY D. BAYSINGER
ROBERT J. WASSERMANN
Attorneys for Plaintiff and the Settlement Class